No. 442. UNITED STATES EX REL. KNIGHT *v.* MELLON;
No. 443. SAME *v.* STONE;
No. 444. SAME *v.* NUTTY;
No. 445. SAME *v.* LEOVY;
No. 446. SAME *v.* GUTHRIE; and
No. 447. SAME *v.* DAVISON. November 12, 1934. Petion for writs of certiorari to the Circuit Court of Appeals

616

for the Third Circuit denied. *Mr. Wm. A. Gray* for petitioner. *Messrs. Wm. Watson Smith, Leon E. Hickman,* and *R. L. Batts* for respondents.